LINDA B. OLIVER (SBN 166720)
loliver@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

CASSIE SPRINGER AYENI (SBN 221506)
cassie@benefitslaw.com
SPRINGER AYENI, APLC
1901 Harrison St., Suite 1100
Oakland, CA 94612
Telephone: (510) 926-6768
Facsimile: (510) 926-6768

Attorneys for Plaintiff
IRU PURI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRU PURI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>　　　　　　Defendant. | No. 3:17-cv-00367-EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:　　January 24, 2017 |

1     IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be had hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

    Linda B. Oliver hereby attests that concurrence in the filing of this stipulation was obtained by each of the below identified signatories.

Date: August 18, 2017                    MAYNARD, COOPER, & GALE, LLP

                                          By: /s/ Linda B. Oliver
                                          Linda B. Oliver
                                          Attorney for Defendant
                                          HARTFORD LIFE AND ACCIDENT
                                          INSURANCE COMPANY

Date: August 18, 2017                      SPRINGER AYENI, APLC

                                          By: /s/ Cassie S. Ayeni
                                          Cassie S. Ayeni
                                          Attorneys for Plaintiff
                                          IRU PURI

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Edward M. Chen